UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and ANNE M. SIOTKA,<br><br>Plaintiffs,<br><br>v.<br><br>PLAZA RESORTS, INC., a Florida corporation; CARIBBEAN CRUISE LINE, INC., a Florida corporation; ELITE OPTIONS INC., a Florida corporation; JACOB WOOD, individually; PLAZA PHARMACY INC., a Florida corporation; PLATINUM MARKETING GROUP LLC, a Florida limited liability company; DIABETESHELPNOW.COM, LLC, a Florida limited liability company; UNITED PUBLIC OPINION GROUP; JOHN DOE No. 1 (a/k/a owner, user or "spoofer" of telephone number 206-402-7948 ); and JOHN DOES 2-50,<br><br>Defendants. | Case No.: 9:12-CV-81238-KAM<br><br><br><br><br><br>**CONSENT ORDER GRANTING<br>PERMANENT INJUNCTIVE RELIEF** |

 **THIS MATTER** having been brought before the Court by Plaintiffs Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") and Anne M. Siotka, and Defendant Plaza Pharmacy Inc., and

 **WHEREAS,** Plaintiffs and Defendant Plaza Pharmacy Inc. ("Plaza") seek permanent resolution of this matter; and

 **WHEREAS,** Defendant Plaza has maintained that it has not engaged in or profited from any of the alleged acts which form the basis of the Amended Complaint; and

 **WHEREAS,** Plaintiffs have not completed discovery, but do not necessarily agree that Plaza did not take any of the actions alleged in the Amended Complaint; and

Case No.: 9:12-CV-81238-KAM

**WHEREAS**, Plaintiffs and Plaza seek permanent resolution of this matter and have agreed to the entry of this Consent Order Granting Permanent Injunctive Relief; it is

**ORDERED:**

1. Defendant Plaza Pharmacy Inc., and anyone while acting on its behalf, including (if applicable) their officers, directors, agents, servants, employees, and attorneys, and those persons in active concert or participation with those who receive actual or constructive notice of this Order, are hereby permanently enjoined, from directly or indirectly knowingly causing another to:

   a. make any call without the consent of the called party to any telephone number assigned to a Verizon cellular telephone customer, using any automatic telephone dialing system or artificial or prerecorded voice in violation of the TCPA (the "Violative Calls"); or

   b. call, contact or otherwise solicit any individual or entity or phone number ("Lead") which is known by that Defendant to have been obtained through or generated by Violative Calls.

2. Any acts in violation of this Order may be considered in, and prosecuted as in contempt of this Court.

3. The Court maintains jurisdiction over this lawsuit and this Defendant Plaza Pharmacy Inc.

**DONE** in Chambers at West Palm Beach, Palm Beach County, Florida this 12th day of December, 2013.

_____
Hon. KENNETH A. MARRA
United States District Judge